IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUTH ALISER, et al.,** | Case No. 2:18-cv-02574-MCE-CKD |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' JOINT EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFFS' COMPLAINT** |
| v. | |
| **SEIU CALIFORNIA, et al.,** | |
| Defendants. | |

The Court has reviewed Defendants' joint ex parte application for extension of time to respond to Plaintiffs' Complaint (ECF No. 15). Good cause appearing, the request is GRANTED.

Defendants—SEIU California, California State University Employees Union, SEIU Local 1000, SEIU Local 521, SEIU Local 721, SEIU Local 1021, SEIU Local 2015, California State Employees Association, California State Retirees, Governor Brown, Attorney General Becerra, State Controller Yee, the Public Employment Relations Board, the Board of Trustees for the California State University, and the Board of Administration for the California Public Employees'

Retirement System—shall file their responses to Plaintiffs' Complaint (ECF No. 1) by **December 7, 2018**.

IT IS SO ORDERED.

**Dated:  October 15, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE