1  SCOTT A. KRONLAND (SBN 171693)
   P. CASEY PITTS (SBN 262463)
2  REBECCA C. LEE (SBN 305119)
   Altshuler Berzon LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  E-mail:  skronland@altber.com
            cpitts@altber.com
6            rlee@altber.com

7  *Attorneys for Defendants SEIU California,*
   *California State University Employees Union,*
8  *SEIU Local 1000, SEIU Local 521, SEIU Local 721,*
   *SEIU Local 1021, SEIU Local 2015*

9

10

11              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
12

13  RUTH ALISER, *et al.*,                    CASE NO.:  2:18-cv-2574-MCE-CKD

14              Plaintiffs,                   **STIPULATED REQUEST FOR EXTENSION
                                              OF TIME TO RESPOND TO PLAINTIFFS'**
15        v.                                  **MOTION FOR PRELIMINARY
                                              INJUNCTION; ORDER**
16  SEIU CALIFORNIA, *et al.*,

                Defendants.                   Date:      [Hearing vacated]
17                                            Time:
                                              Location:  Courtroom 7
18                                            Judge:     Hon. Morrison C. England, Jr.

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the stipulation between the parties (ECF No. 19), Defendants shall have until **November 20, 2018** to respond to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 12).

IT IS SO ORDERED.

Dated:  October 25, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE