SCOTT A. KRONLAND (SBN 171693)
P. CASEY PITTS (SBN 262463)
REBECCA MORYL LEE (SBN 305119)
ZOE PALITZ (SBN 275752)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
        cpitts@altber.com
        rlee@altber.com
        zpalitz@altber.com

*Attorneys for Defendants SEIU California,*
*California State University Employees Union,*
*SEIU Local 1000, SEIU Local 521, SEIU Local 721,*
*SEIU Local 1021, SEIU Local 2015*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

RUTH ALISER, *et al.*,

        Plaintiff,

    v.

SEIU CALIFORNIA, *et al.*,

        Defendants.

CASE NO.: 2:18-cv-2574-MCE-CKD

**STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY; ORDER**

Date:     November 29, 2018 (vacated)
Time:    2:00 p.m.
Location:  Courtroom 7
Judge:   Hon. Morrison C. England, Jr.

1    WHEREAS, Plaintiffs have filed a Motion for Expedited Discovery (Doc. 21), in

2    relation to their previously filed Motion for Preliminary Injunction (Doc. 12);

3    WHEREAS Defendants California State University Employees Union, SEIU Local

4    721, and SEIU Local 2015's responses to Plaintiffs' Motion for Expedited Discovery (Doc.

5    21) are presently due on November 15, 2018, and Plaintiffs' reply in support thereof is

6    presently due on November 21, 2018;

7    WHEREAS, Defendants California State University Employees Union, SEIU Local

8    721, and SEIU Local 2015 have requested an extension until November 20, 2018 to file

9    their responses to Plaintiffs' Motion for Expedited Discovery, and Plaintiffs do not oppose

10   the request;

11   WHEREAS, Plaintiffs have requested an extension until November 27, 2018 for

12   Plaintiffs to file their reply in support of the Motion for Expedited Discovery, and

13   Defendants California State University Employees Union, SEIU Local 721, and SEIU

14   Local 2015 do not oppose the request;

15   WHEREAS, the proposed extension of time does not affect any deadlines

16   previously set by the Court, and no previous extensions have been requested to respond

17   to the Motion for Expedited Discovery;

18   It is hereby stipulated and agreed that Defendants California State University

19   Employees Union, SEIU Local 721, and SEIU Local 2015 shall have until November 20,

20   2018 to file responses to the Motion for Expedited Discovery.

21   It is further stipulated that Plaintiffs shall have until November 27, 2018 to file a

22   reply in support of their Motion for Expedited Discovery.

23

24   Dated:  November 9, 2018          SCOTT A. KRONLAND (SBN 171693)
                                       P. CASEY PITTS (SBN 262463)
25                                     REBECCA MORYL LEE (SBN 305119)
                                       ZOE PALITZ (SBN 275752)
26                                     Altshuler Berzon LLP

27                                By: */s/ Rebecca Moryl Lee*
                                       Rebecca Moryl Lee
28
                                       *Attorneys for Defendants SEIU California,*

1   *California State University Employees Union,*
    *SEIU Local 1000, SEIU Local 521, SEIU Local 721,*
2   *SEIU Local 1021, SEIU Local 2015*

3
    JONATHAN F. MITCHELL*
4   Mitchell Law PLLC
    * admitted pro hac vice
5
    BRADLEY BENBROOK
6   STEPHEN M. DUVERNAY
    Benbrook Law Group, PC
7

8   By: */s/Jonathan F. Mitchell*
            Jonathan F. Mitchell (as authorized on 11/8/18)
9
            *Attorneys for Plaintiffs and Proposed Class*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Stip. Req. For Extension Of Time To Respond To Mot. for Expedited Discovery; Order, #2:18-cv-2574-MCE-CKD

**ORDER**

Pursuant to the stipulation between the parties (ECF. No. 24), Defendants California State University Employees Union, SEIU Local 721, and SEIU Local 2015 shall have until **November 20, 2018** to respond to Plaintiffs' Motion for Expedited Discovery (ECF No. 21).  Plaintiffs shall have until **November 27, 2018** to file a reply in support of the Motion for Expedited Discovery.

IT IS SO ORDERED.

**Dated:  November 13, 2018**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE