1  SCOTT A. KRONLAND (SBN 171693)
   P. CASEY PITTS (SBN 262463)
2  ZOE PALITZ (SBN 275752)
   REBECCA MORYL LEE (SBN 305119)
3  Altshuler Berzon LLP
   177 Post Street, Suite 300
4  San Francisco, CA 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064
   E-mail:  skronland@altber.com
6          cpitts@altber.com
           zpalitz@altber.com
7          rlee@altber.com

8  *Attorneys for Defendants SEIU California,*
   *California State University Employees Union,*
9  *SEIU Local 1000, SEIU Local 521, SEIU Local 721,*
   *SEIU Local 1021, and SEIU Local 2015*

10
   KERIANNE R. STEELE (SBN 250897)
11 Weinberg, Roger & Rosenfeld
   1001 Marina Village Parkway, Suite 200
12 Alameda, CA 94501
   Telephone: (510) 337-1001
13 Facsimile: (510) 337-1023
   E-Mail:  ksteele@unioncounsel.net

14
   *Attorney for Defendants SEIU Local 1021, SEIU*
15 *Local 521, and California State University*
   *Employees Union*

16

17                  **UNITED STATES DISTRICT COURT**

18                  **EASTERN DISTRICT OF CALIFORNIA**

19

20 | RUTH ALISER, *et al.*,              | CASE NO.:  2:18-cv-2574-MCE-CKD

21 |              Plaintiff,              | **ORDER GRANTING UNOPPOSED MOTION TO EXCEED**

22 |        v.                            | **PAGE LIMITATION FOR JOINT OPPOSITION TO PLAINTIFFS' MOTION**

23 | SEIU CALIFORNIA, *et al.*,           | **FOR PRELIMINARY INJUNCTION**

24 |              Defendants.             |

25 |                                      | Date:      [Hearing vacated]
   |                                      | Time:
26 |                                      | Location:  Courtroom 7
   |                                      | Judge:     Hon. Morrison C. England, Jr.

27

28

1   **ORDER**

2       Good cause having been shown, the Court grants the Union Defendants'

3   unopposed motion to exceed the page limitation applicable to its opposition to plaintiffs'

4   preliminary injunction motion.  ECF No. 25.  The Union Defendants may file a joint

5   opposition brief of up to 30-pages in length.

6       IT IS SO ORDERED.

7   Dated:  November 14, 2018

8

9                                               _____
                                                MORRISON C. ENGLAND, JR
10                                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO EXCEED PAGE LIMIT, No. 2:18-cv-2574-MCE-CKD