Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900

*Counsel for Plaintiffs and Proposed Classes*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ruth Aliser**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**SEIU California**, et al.,<br><br>        Defendants. | Case No. 2:18-cv-02574-MCE-CKD<br><br>**Stipulated Request for Extension of Time for Plaintiffs to File Their Reply in Support of Motion for Expedited Discovery**<br><br>Hearing Date: November 29, 2018 |

    WHEREAS, Plaintiffs have filed a Motion for Expedited Discovery (ECF No. 21), in relation to their previously filed Motion for Preliminary Injunction (ECF No. 12);

    WHEREAS, Defendants California State University Employees Union, SEIU Local 721, and SEIU Local 2015 filed their response to Plaintiffs' Motion for

Expedited Discovery on November 20, 2018, and Plaintiffs' reply in support thereof is presently due on November 27, 2018;

    WHEREAS, Plaintiffs have requested an extension until December 11, 2018 to file their Reply in Support of Motion for Expedited Discovery, and Defendants do not oppose the request;

    WHEREAS, the proposed extension of time does not affect any deadlines previously set by the Court;

    It is hereby stipulated and agreed that Plaintiffs shall have until December 11, 2018 to file their Reply in Support of Motion for Expedited Discovery.

    Dated: November 27, 2018

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900 (phone)
(916) 447-4904 (fax)
brad@benbrooklawgroup.com

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

* admitted *pro hac vice*

*Counsel for Plaintiffs and the Proposed Classes*

/s/ Scott A. Kronland
Scott A. Kronland (SBN 171693)
R. Casey Pitts (SBN 262463)
Rebecca Moryl Lee (SBN 305119)
Zoe Palitz (SBN 275752)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
skronland@altshulerberzon.com

*Counsel for the SEIU Defendants*

## ORDER

Pursuant to the stipulation between the parties (ECF No. 38), Plaintiffs shall have up to and including **December 11, 2018** to file their Reply in Support of Motion for Expedited Discovery.

IT IS SO ORDERED.

Dated: November 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE