SCOTT A. KRONLAND (SBN 171693)
P. CASEY PITTS (SBN 262463)
ZOE PALITZ (SBN 275752)
REBECCA MORYL LEE (SBN 305119)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
        cpitts@altber.com
        zpalitz@altber.com
        rlee@altber.com

*Attorneys for Defendants SEIU California,
California State University Employees Union,
SEIU Local 1000, SEIU Local 521, SEIU Local 721,
SEIU Local 1021, SEIU Local 2015*

Additional counsel on signature page

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ALISER, *et al.*,<br><br>         Plaintiffs,<br><br>   v.<br><br>SEIU CALIFORNIA, *et al.*,<br><br>         Defendants. | CASE NO.: 2:18-cv-2574-MCE-CKD<br><br>**CORRECTED STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**<br><br>Date:<br>Time:<br>Location:   Courtroom 7<br>Judge:     Hon. Morrison C. England, Jr. |

WHEREAS, Defendants' responses to the Complaint are presently due on December 7, 2018;

WHEREAS, the Union Defendants have filed a Motion to Sever and Transfer Venue (Dkt. 33), and Plaintiffs' response to that motion is due on December 27, 2018;

WHEREAS, the Union Defendants, the Federal Defendants, and several of the State Defendants—California Attorney General Xavier Becerra, California State Controller Betty Yee, The Board of Trustees for the California State University, The Board of Administration for the California Public Employees' Retirement System, and members of the California Public Employment Relations Board (PERB)[1]—have requested an extension until 30 days after the Court rules on the pending Motion to Sever and Transfer Venue for all Defendants to file responses to the Complaint, and Plaintiffs have consented to the request;

WHEREAS, it will serve the interests of judicial efficiency and conservation of the parties' and the Court's resources to delay the filing in this Court of motions pursuant to Federal Rule of Civil Procedure 12 until after the Court rules on the Motion to Sever and Transfer Venue;

WHEREAS, the proposed extension of time does not affect any other deadlines previously set by the Court;

WHEREAS, one previous extension has been requested and granted to file responses to the Complaint, which extended the original deadline for most Defendants from mid-October 2018 (based on when those Defendants were served) to December 7, 2018;

It is hereby stipulated and agreed that all of the above-noted Defendants shall file responses to the Complaint 30 days after the Court rules on the pending Motion to Sever and Transfer Venue.

---

[1] If necessary, Defendant Governor Edmund G. Brown Jr. retains the right to file a responsive pleading by December 7, 2018.

Dated:  November 29, 2018

SCOTT A. KRONLAND (SBN 171693)
P. CASEY PITTS (SBN 262463)
ZOE PALITZ (SBN 275752)
REBECCA MORYL LEE (SBN 305119)
Altshuler Berzon LLP

By: */s/ Scott A. Kronland*
        Scott A. Kronland

*Attorneys for Defendants SEIU California,*
*California State University Employees Union,*
*SEIU Local 1000, SEIU Local 521, SEIU Local 721,*
*SEIU Local 1021, SEIU Local 2015*


KERIANNE R. STEELE (SBN 250897)
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
E-Mail: ksteele@unioncounsel.net

By: */s/ Kerianne R. Steele*
        Kerianne R. Steele (as authorized on 11/29/18)

*Attorneys for Defendants California State University*
*Employees Union, SEIU Local 1021, and SEIU Local*
*521*

CALIFORNIA STATE EMPLOYEES ASSOCIATION
ROCCO ROBERT PATERNOSTER, ESQ.,
State Bar No. 198058
Chief Counsel
1108 O Street, Suite 320
Sacramento, CA 95814
Telephone: 916-326-4245
Facsimile: 916-326-4215
Email: RPaternoster@ACSS.org

By: */s/ Rocco Robert Paternoster*
Rocco Robert Paternoster (as authorized on 11/29/18)

*Attorney for Defendants California State Employees*
*Association and California State Retirees*


JOSEPH H. HUNT, Assistant Attorney General
JEAN LIN, Acting Deputy Director, Federal Programs
Branch
MICHAEL F. KNAPP (Cal. Bar No. 314104), Trial
Attorney
United States Department of Justice

2

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-8613
Fax: (202) 616-8470
Email: michael.knapp@usdoj.gov

By: */s/ Michael F. Knapp*
Michael F. Knapp (as authorized on 11/29/18)

*Attorneys for Federal Defendants*


XAVIER BECERRA, State Bar No. 118517
Attorney General of California
BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6002
Fax: (916) 324-8835
E-mail: Anthony.OBrien@doj.ca.gov

By: */s/ Anthony P. O'Brien*
Anthony P. O'Brien (as authorized on 11/28/18)

*Attorneys for Edmund G. Brown, in his official
capacity as Governor of the State of California,
Xavier Becerra, in his official capacity as Attorney
General of the State of California, Betty Yee, in her
official capacity as State Controller of California,
the Public Employment, Relations Board, the Board
of Trustees for the California State University, and
the Board of Administration for the California
Public Employees' Retirement System*


Jonathan F. Mitchell*, Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
Telephone: (512) 686-3940
jonathan@mitchell.law
* admitted pro hac vice

Bradley Benbrook, California Bar No. 177786
Stephen M. Duvernay, California Bar No. 250957
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900
brad@benbrooklawgroup.com

By: /s/ Jonathan F. Mitchell
Jonathan F. Mitchell (as authorized on 11/29/18)

*Attorneys for Plaintiffs and Proposed Class*

4

CORRECTED Stip. Request For Extension Of Time To Respond To Complaint; Order, #2:18-cv-2574-MCE-CKD

**ORDER**

Pursuant to the parties' stipulation (ECF No. 44), Defendants shall have until 30-days after the Court rules on the pending Motion to Sever and Transfer Venue (ECF No. 33) to file responses to the Complaint.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE