XAVIER BECERRA, State Bar No. 118517
Attorney General of California
BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6002
 Fax:  (916) 324-8835
 E-mail:  Anthony.OBrien@doj.ca.gov
*Attorneys for Edmund G. Brown, in his official capacity as Governor of the State of California, Xavier Becerra, in his official capacity as Attorney General of the State of California, Betty Yee, in her official capacity as State Controller of California, the Public Employment Relations Board, the Board of Trustees for the California State University, and the Board of Administration for the California Public Employees' Retirement System*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUTH ALISER, et al.,** | 2:18-cv-2574-MCE-CKD |
| Plaintiffs, | **STIPULATED REQUEST TO EXTEND THE DEADLINE FOR COMPLETION OF INITIAL DISCLOSURES; ORDER** |
| v. | Courtroom: 7 |
| **SEIU CALIFORNIA, et al.,** | Judge: The Honorable Morrison C. England, Jr. |
| Defendants. | Trial Date: Not Set |
| | Action Filed: September 17, 2018 |

1

**STIPULATION**

WHEREAS, Plaintiffs filed their Complaint (ECF No. 1) on September 17, 2018;

WHEREAS, the Court issued the Initial Pretrial Scheduling Order (ECF No. 6) on September 20, 2018, which ordered the parties to meet and confer as required under Rule 26(f) of the Federal Rules of Civil Procedure (FRCP) within sixty (60) days of service of the complaint on any party;

WHEREAS, FRCP Rule 26(a)(1)(C) requires that parties must complete initial disclosures within fourteen (14) days of the parties' Rule 26(f) conference;

WHEREAS, Plaintiffs served several of the named Defendants with the Complaint on September 21, 2018 (ECF No. 8);

WHEREAS, the current deadline for the parties' meet-and-confer deadline (under FRCP Rule 26(f)) is November 20, 2018;

WHEREAS, the current deadline for the parties' initial disclosures (under FRCP Rule 26(a)(1)(C)) is December 4, 2018;

WHEREAS, Plaintiffs filed a Motion for Preliminary Injunction on October 8, 2018 (ECF No. 12);

WHEREAS, Plaintiffs filed a Motion for Expedited Discovery on November 1, 2018 (ECF No. 21);

WHEREAS, the Court has taken the hearings for the Motion for Preliminary Injunction and the Motion for Expedited Discovery off calendar (ECF Nos. 14, 22);

WHEREAS, Defendants California State University Employees Union, SEIU California, SEIU Local 1000, SEIU Local 1021, SEIU Local 2015, SEIU Local 521, and SEIU Local 721 filed a Motion to Sever and Transfer on November 20, 2018 (ECF No. 33);

WHEREAS, the Court has taken the hearing for the Motion to Sever and Transfer off calendar (ECF No. 37);

WHEREAS, briefing has not been completed for any of above motions;

WHEREAS, the resolution of several of the above motions may greatly affect the scope, nature, and amount of discovery required for this matter;

2

WHEREAS, continuing the deadlines for initial disclosures and completion of discovery plans until after resolution of the above motions will conserve the parties' and the Court's resources, as it could eliminate the need for completion of unnecessary discovery and disclosures;

WHEREAS, continuing the deadlines for the Rule 26(f) conference and the initial disclosures under Rule 26(a)(1)(c) will not interfere with any pending Court deadlines or prejudice any of the parties in this matter; and

WHEREAS, the parties have not previously requested any extensions of time for completion of the meet and confer and initial disclosure requirements under Rule 26 of the Federal Rules of Civil Procedure;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. The deadline for completion of the parties' meet and confer requirements under Rule 26(f) of the Federal Rules of Civil Procedure shall be extended to fifteen (15) days after issuance of the latest Court decision on the following motions:

- The pending Motion for Preliminary Injunction (ECF No. 12);
- The pending Motion for Expedited Discovery (ECF No. 21);
- The pending Motion to Sever and Transfer (ECF No. 33); or

2. The deadline for completion of the initial disclosures as required under Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure shall be extended to thirty (30) days after issuance of the latest Court decision on the above motions.

**IT IS SO STIPULATED.**

Dated:  November 29, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General


*/s/ Anthony P. O'Brien*
ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Edmund G. Brown, in his official capacity as Governor of the State of California, Xavier Becerra, in his official capacity as Attorney General of the State of California, Betty Yee, in her official capacity as State Controller of California, the Public Employment Relations Board, the Board of Trustees for the California State University, and the Board of Administration for the California Public Employees' Retirement System*

Dated:  November 29, 2018

Respectfully submitted,

ALTSHULER BERZON LLP


*/s/ Scott Kronland*
SCOTT A. KRONLAND, ESQ.
*Attorneys for Defendants SEIU California, California State University Employees Union, SEIU Local 1000, SEIU Local 521, SEIU Local 721, SEIU Local 1021, SEIU Local 2015*

| | | |
|---|---|---|
| Dated: November 29, 2018 | | Respectfully submitted, |

CALIFORNIA STATE EMPLOYEES ASSOCIATION
DOWNEY BRAND LLP

*/s/ Rocco Robert Paternoster*
ROCCO ROBERT PATERNOSTER, ESQ.
Chief Counsel—California State Employees Association
WILLIAM R. WARNE, ESQ
*Attorneys for Defendants California State Employees Association and California State Retirees*

Dated: November 29, 2018                    Respectfully submitted,

WEINBERG ROGER & ROSENFELD

*/s/ Kerianne R. Steele*
KERIANNE R. STEELE, ESQ.
*Attorneys for Defendants SEIU Local 1021, SEIU Local 521, and the California State University Employees Union*

Dated: November 29, 2018                    Respectfully submitted,

JOSEPH H. HUNT,
ASSISTANT ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP, ESQ.
Trial Attorney
*Attorneys for Defendants United States of America, Alex M. Azar II, in his official capacity as Secretary of Health and Human Services, and Seema Verma, in her official capacity as Administrator of the Centers of Medicare and Medicaid Services*

| | | |
|---|---|---|
| 1 | Dated: November 29, 2018 | Respectfully submitted, |
| 2 | | MITCHELL LAW, PLLC |

*/s/ Jonathan F. Mitchell*
JONATHAN F. MITCHELL, ESQ., PHV
Attorneys for Plaintiffs Ruth Aliser, Renee Brown, Stephanie Caudel, Peter Finn, Samira Golbad, Tom McCavitt, Kenton Miller, Miriam E. Noujaim, Lorenzo Nolan, Maureen O'Brien, Javier Palmerin, Barbara Park, Erin Thompson, and James White

**ORDER**

Pursuant to the above stipulation between the parties, and for good cause shown, the Court extends the following deadlines:

1. The deadline for completion of the parties' meet and confer requirements under Rule 26(f) of the Federal Rules of Civil Procedure shall be extended to fifteen (15) days after issuance of the latest Court decision on the following motions:

- The pending Motion for Preliminary Injunction (ECF No. 12);
- The pending Motion for Expedited Discovery (ECF No. 21); or
- The pending Motion to Sever and Transfer (ECF No. 33).

2. The deadline for completion of the initial disclosures as required under Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure shall be extended to thirty (30) days after issuance of the latest Court decision on the above motions.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE