Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900

*Counsel for Plaintiffs and Proposed Classes*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **Ruth Aliser**, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**SEIU California**, et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-02574-MCE-CKD<br><br>**Stipulated Request for Extension of Time for Plaintiffs to File Their Replies in Support of Motions for Preliminary Injunction and Expedited Discovery**<br><br>Hearing Date: Vacated |

WHEREAS, Plaintiffs have filed a Motion for Preliminary Injunction and a Motion for Expedited Discovery (Doc. 12; Doc. 21);

WHEREAS, Defendants California State University Employees Union, SEIU Local 721, and SEIU Local 2015, and the State Defendants filed their responses to Plaintiffs' Motion for Preliminary Injunction and Motion for Expedited Discovery on November 20, 2018,

WHEREAS, Plaintiffs' replies in support are due on December 11, 2018;

WHEREAS, Plaintiffs have requested an extension until December 14, 2018 to file their Replies in Support of the Motion for Preliminary Injunction and the Motion for Expedited Discovery, and Defendants do not oppose the request;

WHEREAS, the proposed extension of time does not affect any deadlines previously set by the Court;

It is hereby stipulated and agreed that Plaintiffs shall have until December 14, 2018 to file their Reply Briefs in Support of the Motion for Preliminary Injunction and the Motion for Expedited Discovery.

Dated: December 30, 2018

/s/ Jonathan F. Mitchell

| | |
|---|---|
| Bradley Benbrook | Jonathan F. Mitchell* |
| California Bar No. 177786 | Texas Bar No. 24075463 |
| Benbrook Law Group, PC | Mitchell Law PLLC |
| 400 Capitol Mall, Suite 2530 | 106 East Sixth Street, Suite 900 |
| Sacramento, California 95814 | Austin, Texas 78701 |
| (916) 447-4900 (phone) | (512) 686-3940 (phone) |
| (916) 447-4904 (fax) | (512) 686-3941 (fax) |
| brad@benbrooklawgroup.com | jonathan@mitchell.law |

* admitted *pro hac vice*

*Counsel for Plaintiffs and the Proposed Classes*

 /s/ Scott A. Kronland                      /s/ Anthony P. O'Brien

| | |
|---|---|
| Scott A. Kronland | Anthony P. O'Brien |
| R. Casey Pitts | Deputy Attorney General |
| Rebecca Moryl Lee | Department of Justice |
| Zoe Palitz | 1300 I Street |
| Altshuler Berzon LLP | P.O. Box 944255 |
| 177 Post Street, Suite 300 | Sacramento, California 94244-2550 |
| San Francisco, California 94108 | (916) 210-6002 |
| skronland@altshulerberzon.com | anthony.obrien@doj.ca.gov |

*Counsel for the SEIU Defendants*                *Counsel for the State Defendants*

# ORDER

Pursuant to the stipulation between the parties, Plaintiffs shall have until December 14, 2018 to file their Replies in Support of the Motion for Preliminary Injunction and the Motion for Expedited Discovery.

IT IS SO ORDERED.

Dated: December 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE