SCOTT A. KRONLAND (SBN 171693)
P. CASEY PITTS (SBN 262463)
ZOE PALITZ (SBN 275752)
REBECCA MORYL LEE (SBN 305119)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
cpitts@altber.com
zpalitz@altber.com
rlee@altber.com

*Attorneys for Defendants SEIU California,
California State University Employees Union,
SEIU Local 1000, SEIU Local 521, SEIU Local 721,
SEIU Local 1021, SEIU Local 2015*

Additional counsel on signature page

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH ALISER, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>SEIU CALIFORNIA, *et al.*,<br><br>   Defendants. | CASE NO.: 2:18-cv-2574-MCE-CKD<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO SEVER AND TRANSFER VENUE, REPLY IN SUPPORT OF MOTION TO SEVER AND TRANSFER VENUE; ORDER**<br><br>Date:  [hearing vacated]<br>Time:<br>Location: Courtroom 7<br>Judge:  Hon. Morrison C. England, Jr. |

WHEREAS, the Union Defendants[1] have filed a Motion to Sever and Transfer Venue (Dkt. 33), Plaintiffs' opposition to that motion is currently due on December 27, 2018, and the Union Defendants' reply in support of that motion is currently due on January 3, 2019;

WHEREAS, Plaintiffs have requested an extension until January 10, 2019, to file their opposition to the Motion to Sever and Transfer Venue, and the Union Defendants have consented to the request;

WHEREAS, the Union Defendants have requested an extension until January 24, 2019 to file their reply in support of the Motion to Sever and Transfer Venue, and Plaintiffs have consented to the request;

WHEREAS, the proposed extensions of time do not affect any other deadlines previously set by the Court;

It is hereby stipulated and agreed that Plaintiffs shall file their opposition to the Motion to Sever and Transfer Venue by January 10, 2019, and that the Union Defendants shall file their reply in support of the Motion to Sever and Transfer Venue by January 24, 2019.

SO STIPULATED.

Dated: December 11, 2018
SCOTT A. KRONLAND (SBN 171693)
P. CASEY PITTS (SBN 262463)
ZOE PALITZ (SBN 275752)
REBECCA MORYL LEE (SBN 305119)
Altshuler Berzon LLP

By: */s/ Scott A. Kronland*
    Scott A. Kronland

*Attorneys for Defendants SEIU California, California State University Employees Union, SEIU Local 1000, SEIU Local 521, SEIU Local 721, SEIU Local 1021, SEIU Local 2015*

KERIANNE R. STEELE (SBN 250897)
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200

---

[1] SEIU California, California State University Employees Union, SEIU Local 1000, SEIU Local 521, SEIU Local 721, SEIU Local 1021, and SEIU Local 2015.

1

Stip. Request For Extension to File Opposition, Reply to Motion to Sever; Prop. Order, #2:18-cv-2574-MCE-CKD

| | |
|---|---|
| 1 | Alameda, CA 94501<br>Telephone: (510) 337-1001 |
| 2 | Facsimile: (510) 337-1023<br>E-Mail: ksteele@unioncounsel.net |
| 3 | |
| 4 | By: */s/Kerianne R. Steele*<br>　　　Kerianne R. Steele (as authorized on 12/6/18) |
| 5 | *Attorneys for Defendants California State University* |
| 6 | *Employees Union, SEIU Local 1021, and SEIU Local 521*<br>Jonathan F. Mitchell*, Texas Bar No. 24075463 |
| 7 | Mitchell Law PLLC<br>106 East Sixth Street, Suite 900 |
| 8 | Austin, Texas 78701<br>Telephone: (512) 686-3940 |
| 9 | jonathan@mitchell.law<br>* admitted pro hac vice |
| 10 | |
| 11 | Bradley Benbrook, California Bar No. 177786<br>Stephen M. Duvernay, California Bar No. 250957 |
| 12 | Benbrook Law Group, PC<br>400 Capitol Mall, Suite 2530 |
| 13 | Sacramento, California 95814<br>(916) 447-4900 |
| 14 | brad@benbrooklawgroup.com |
| 15 | By: */s/Jonathan F. Mitchell*<br>　　　Jonathan F. Mitchell (as authorized on 12/11/18) |
| 16 | *Attorneys for Plaintiffs and Proposed Class* |

2

Stip. Request For Extension to File Opposition, Reply to Motion to Sever; Prop. Order, #2:18-cv-2574-MCE-CKD

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiffs shall file their opposition to the Motion to Sever and Transfer Venue by January 10, 2019, and the Union Defendants shall file their reply in support of the Motion to Sever and Transfer Venue by January 24, 2019.

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE