SCOTT A. KRONLAND (SBN 171693)
P. CASEY PITTS (SBN 262463)
ZOE PALITZ (SBN 275752)
REBECCA MORYL LEE (SBN 305119)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
cpitts@altber.com
zpalitz@altber.com
rlee@altber.com

*Attorneys for Defendants SEIU California,
California State University Employees Union,
SEIU Local 1000, SEIU Local 521, SEIU Local 721,
SEIU Local 1021, SEIU Local 2015*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ALISER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SEIU CALIFORNIA, *et al.*,<br><br>Defendants. | CASE NO.: 2:18-cv-2574-MCE-CKD<br><br>**NOTICE OF REQUEST TO SEAL DOCKET NOS. 32-2 AND 32-19; ORDER**<br><br>Date:<br>Time:<br>Location: Courtroom 7<br>Judge: Hon. Morrison C. England, Jr. |

| | |
|---|---|
| 1 | TO: THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES |
| 2 | DISTRICT COURT JUDGE, AND ALL PARTIES AND THEIR REPRESENTATIVES: |

Defendants SEIU California, California State University Employees Union, SEIU Local 1000, SEIU Local 521, SEIU Local 721, SEIU Local 1021, SEIU Local 2015, by and through their undersigned counsel, hereby request that the Exhibit A to the Declaration of Ashley R. Kerner in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 32-2), and Exhibit E to the Declaration of Dereck Smith in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 32-19) be permanently sealed.

This request is made pursuant to Fed. R. Civ. P. 5.2 and Local Rule 140(a), which require that Social Security Numbers, except for the last four digits, and Dates of Birth be redacted from documents filed with the Court. The first 5 digits of a Social Security Number appears in Exhibit A to the Declaration of Ashley R. Kerner in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 32-2). A date of birth appears in Exhibit E to the Declaration of Dereck Smith in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 32-19). Defendants therefore request that these Exhibits be placed under seal.

Dated: November 30, 2018           Respectfully submitted,

SCOTT A. KRONLAND
P. CASEY PITTS
ZOE PALITZ
REBECCA MORYL LEE
Altshuler Berzon LLP

By: */s/ Scott A. Kronland*
         Scott A. Kronland

*Attorneys for Defendants SEIU California,
California State University Employees Union,
SEIU Local 1000, SEIU Local 521, SEIU Local 721,
SEIU Local 1021, SEIU Local 2015*

**ORDER**

Pursuant to Fed. R. Civ. P. 5.2 and Local Rule 140(a), IT IS HEREBY ORDERED that Exhibit A to the Declaration of Ashley R. Kerner in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 32-2) and Exhibit E to the Declaration of Dereck Smith in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 32-19), be permanently sealed.

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE