```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT

 9                         EASTERN DISTRICT OF CALIFORNIA

10

11   SEAN ALLEN, et al.,                    No.  2:18-cv-02230-MCE-CKD

12            Plaintiffs,

13       v.                                 AMENDED NON-RELATED
                                            CASE ORDER
14   SANTA CLARA COUNTY CORRECTIONAL
     PEACE OFFICERS ASSOCIATION, et al.
15
             Defendants.
16   _____/

17   LILIANA HERNANDEZ, et al.              No. 2:18-cv-02419-WBS-EFB

18            Plaintiffs,

19       v.

20   THE REGENTS OF THE UNIVERSITY OF
     CALIFORNIA, et al.
21
             Defendants.
22   _____/

23   RUTH ALISER, et al.                    No.  2:18-cv-02574-MCE-CKD

24            Plaintiffs,

25       v.

26   CALIFORNIA STATE UNIVERSITY
     EMPLOYEES UNION, et al.
27
             Defendants.
28   _____/
                                    1
```

TERRY C. COOLEY,                                   No.  2:18-cv-02961-JAM-AC

                    Plaintiff,

        v.

CALIFORNIA STATEWIDE LAW
ENFORCEMENT ASSOCIATION, et al.,

                    Defendants.
_____/

WILLIAM D. BRICE, et al.                           No. 2:18-cv-03106-MCE-EFB

                    Plaintiffs,

        v.

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, et al.

                    Defendants.
_____/

        The Court has received the Notices of Related Cases filed on December 7, 2018.

See Local Rule 123, E.D. Cal. (1997).  The Court has determined, however, that it is

inappropriate to relate or reassign the cases, and therefore declines to do so.

        This order is issued for informational purposes only, and shall have no effect on

the status of the cases, including any previous Related (or Non-Related) Case Order of

this Court.

        IT IS SO ORDERED.

DATED:  January 14, 2019

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE