Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940

* admitted *pro hac vice*

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900

*Counsel for Plaintiffs and Proposed Classes*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **Ruth Aliser**, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>**SEIU California**, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-02574-MCE-CKD<br><br>**Stipulated Request for Extension of Time for Plaintiffs to File Their Response to Union Defendants' Motion to Sever and Transfer**<br><br>Hearing Date: Vacated |

　　The union defendants have filed a motion to sever and transfer, and the plaintiffs' response is due on January 10, 2019. The plaintiffs are requesting a one-week extension of their deadline to respond to the union defendants' motion to sever and transfer. The union defendants do not oppose this request, and the proposed extension of time does not affect any deadlines previously set by the Court.

It is hereby stipulated and agreed that the plaintiffs shall have until January 17, 2019, to file their response to the union defendants' motion to sever and transfer, and the Union defendants shall have until January 31, 2019 to file their reply in support of the motion.

Dated: January 16, 2019

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900 (phone)
(916) 447-4904 (fax)
brad@benbrooklawgroup.com

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

* admitted *pro hac vice*

*Counsel for Plaintiffs and
the Proposed Classes*

 /s/ Scott A. Kronland
Scott A. Kronland
R. Casey Pitts
Rebecca Moryl Lee
Zoe Palitz
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
skronland@altshulerberzon.com

*Counsel for the Union Defendants*

**ORDER**

Pursuant to the stipulation between the parties, the plaintiffs shall have until January 17, 2019 to file their response to the union defendants' motion to sever and transfer, and the union defendants shall have until January 31, 2019 to file their reply in support of the motion.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE