Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940
* admitted *pro hac vice*

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900

*Counsel for Plaintiffs and Proposed Classes*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **Ruth Aliser**, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>**SEIU California**, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-02574-MCE-CKD<br><br>**Stipulation and Order Transferring Venue and Withdrawing Motion to Sever and Transfer (Doc. 31)**<br><br>Hearing Date: Vacated |

Whereas, the union defendants have filed a motion to sever and transfer (Doc. 31), that seeks, among other things, a transfer of venue to the Northern District of California pursuant to 28 U.S.C. § 1404(a);

Whereas, plaintiffs and defendants do not object a transfer of venue of the entire action to the Northern District of California;

IT IS HEREBY STIPULATED that:

This action should be transferred to the Northern District of California pursuant to 28 U.S.C. § 1404(a). This stipulation is without prejudice to any party renewing, remaking, or filing any motion after the transfer, including but not limited to any motion to sever.

Dated: January 22, 2019

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900 (phone)
(916) 447-4904 (fax)
brad@benbrooklawgroup.com

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940 (phone)(512) 686-3941 (fax)
jonathan@mitchell.law

* admitted *pro hac vice*

*Counsel for Plaintiffs and
the Proposed Classes*

 /s/ Scott A. Kronland
(as authorized on 1/11/19)
Scott A. Kronland
P. Casey Pitts
Rebecca Moryl Lee
Zoe Palitz
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
skronland@altshulerberzon.com

*Counsel for Defendants SEIU California,
California State University Employees
Union, SEIU Local 1000, SEIU Local 521,
SEIU Local 721, SEIU Local 1021, SEIU
Local 2015*

 /s/ Kerianne R. Steele
(as authorized on 1/11/19)
Kerianne R. Steele
Weinberg, Roger & Rosenfeld

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
 (510) 337-1001
ksteele@unioncounsel.net

*Counsel for Defendants California State University Employees Union, SEIU Local 1021, and SEIU Local 521*

 /s/ William R. Warne
(as authorized on 1/14/19)
William R. Warne
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
(916) 520-5217 Direct
bwarne@downeybrand.com

*Counsel for Defendants California State Employees Association and California State Retirees*

 /s/ Michael F. Knapp
(as authorized on 1/14/19)
Joseph H. Hunt
Assistant Attorney General
Jean Lin
Acting Deputy Director,
Federal Programs Branch
Michael F. Knapp
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
 (202) 305-8613
michael.knapp@usdoj.gov

*Counsel for the Federal Defendants*

 /s/ Anthony P. O'Brien
(as authorized on 1/16/19)
Xavier Becerra
Attorney General of California
Benjamin M. Glickman
Supervising Deputy Attorney General

Anthony P. O'Brien
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244-2550
(916) 210-6002
anthony.obrien@doj.ca.gov

*Counsel for the State Defendants*

**ORDER**

Pursuant to the stipulation of the parties, this action is hereby transferred to the Northern District of California pursuant to 28 U.S.C. § 1404(a). This transfer is without prejudice to any party renewing, remaking, or filing any motion, including but not limited to any motion to sever. All deadlines for all parties in this action are hereby suspended pending an order renewing such deadlines, which may be had upon application to, and at the discretion of, the Northern District of California.

IT IS SO ORDERED.

Dated: January 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE