UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ALISER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-02574-MCE-CKD<br><br><br>**NON-RELATED CASE ORDER** |
| DELORES POLK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BETTY YEE, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-02900-KJM-KJN |

The Court has received the Notice of Related Cases filed on December 13, 2018. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

///

1

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated: February 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE